# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLONZO HEDRINGTON,<br><br>  Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>  Defendants. | Case No. 1:24-cv-01526-KES-SAB<br><br>ORDER TRANSFERRING CASE TO THE SACRAMENTO DIVISION OF THE EASTERN DISTRICT OF CALIFORNIA |

On December 13, 2024, Plaintiff Orlonzo Hedrington filed this civil action against Defendants United States of America, Fairfield Police Department, law firm Castillo, Moriarty, Robinson, LLP, and the County of Solano. (ECF No. 1.)  Plaintiff proceeds pro se and paid the civil filing fee.  Plaintiff's complaint alleges violations of his constitutional rights arising from Plaintiff's alleged sexual assault during a visit to David Grant Medical Center and a subsequent investigation of the alleged assault by Defendant Fairfield Police Department.  (Id. at p. 3.)  The events alleged in the complaint took place at David Grant Medical Center at Travis Air Force Base in Fairfield, which is part of the Sacramento Division of the United States District Court for the Eastern District of California.  Further, the Fairfield Police Department is within Solano County, which is part of the Sacramento Division.  Therefore, the complaint should have been filed in the Sacramento Division.

Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper court may, on the court's own motion, be transferred to the proper court.  Therefore, this action

will be transferred to the Sacramento Division.

Accordingly, IT IS HEREBY ORDERED that:

1. This action is transferred to the United States District Court for the Eastern District of California sitting in Sacramento; and
2. All future filings shall refer to the new Sacramento case number assigned and shall be filed at:

>United States District Court
>Eastern District of California
>501 "I" Street, Suite 4-200
>Sacramento, CA 95814

IT IS SO ORDERED.

Dated:  **December 17, 2024**

STANLEY A. BOONE
United States Magistrate Judge

2